UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MEDICINE SHOPPE INTERNATIONAL, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 4:02-CV-1146 (CEJ) ) |
| S.B.S. PILL DR., INC., et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that plaintiff shall submit an amended motion to recover bond which shall contain the name and address of the person or entity to whom the funds are to be paid.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 17th day of October, 2006.